IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HESS,<br><br>        Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>        Defendant. | 8:23CV205<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 18), judgment is entered in favor of defendant Union Pacific Railroad Company and against plaintiff James Hess. *See* Fed. R. Civ. P. 58(a).

Dated this 10th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge