# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1211

_____

James Hess

Plaintiff - Appellant

v.

Union Pacific Railroad Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00205-RFR)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, BENTON, and KELLY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

                                                                                                    June 12, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler