# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1211

James Hess

Appellant

v.

Union Pacific Railroad Company

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00205-RFR)

---

**MANDATE**

In accordance with the opinion and judgment of June 12, 2025, and the court's order dated July 11, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 11, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit